UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROMANE PORTER,

    Defendant.

_____/

Case No. 19-20115
Hon. Denise Page Hood

## ORDER SETTING DATES

Pursuant to the Status Conference held in this matter on August 3, 2022 with Defendant Romane Porter's newly-appointed counsel,

IT IS ORDERED that the following schedule applies in this matter:

| | |
|---|---|
| Motions must be filed by counsel (with reasons why the motion is filed): | Sept. 9, 2022 |
| Plea Cut Off Date and Pretrial Conference Date: | Oct. 25, 2022, 3:30 pm |
| Jury Trial Date: (Jury Trial dates are subject to the court's/ jury department's COVID-19 protocols) | Dec. 6, 2022, 9:00 am |

IT IS FURTHER ORDERED that the dates in this Order constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) from July 19, 2022 to the reset trial date of December 6, 2022. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy

trial. The Court allowed Defendant's previous counsel to withdraw at a status conference on July 12, 2022. Newly-appointed counsel indicated he had other matters and trials scheduled over the next few months, required time to review the discovery and discuss matters with Defendant. At Defendant's request, the Court allowed the Writ to be discharged so that Defendant could return to the custody of the Michigan Department of Corrections to address parole issues in his State case. A new Writ will be submitted to the Court for Defendant's appearance at the Pretrial Conference set for October 25, 2022.

                                                         s/Denise Page Hood  
                                                         DENISE PAGE HOOD  
                                                         United States District Judge

DATED: September 2, 2022