UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No. 19-20115
                      Hon. Denise Page Hood

ROMANE PORTER,

    Defendants.

_____/

**<u>ORDER DENYING DEFENDANT'S EX PARTE MOTION TO POSSESS AND STORE A LAPTOP AND REQUEST FOR NEW DISCOVERY [ECF NO. 227]</u>**

Now before the Court is Defendant Romane Porter's ex parte motion to allow Porter to possess and store a laptop computer and electronic discovery at all facilities he is and will be housed in and his request that the government provide Porter with all new discovery within its possession. [ECF No. 227]. Porter alleges that "[a] significant amount [of] materials involving the instant case cannot be opened with Milan Federal Detention computers." [ECF No. 227, PageID.1894]. He further alleges that "Milan's computer system does not have the necessary software to allow the opening of voluminous amounts of phone calls, documents, spreadsheets, video's [sic] and other paper documents[.]" *Id*. Porter asserts that "[a] laptop is necessary to [allow] Porter to review and discuss these discovery materials with the Court and to discover any possible exculpatory evidence to negate his guilt[.]" *Id*.

1

On September 29, 2023, the Court granted Porter's request to be returned to Michigan State custody pursuant to the waiver of his anti-shuttling rights under the Interstate Agreement on Detainers ("IAD"), 18 U.S.C. App. 2. [ECF No. 18,20]. [ECF No. 236]. In Porter's request, he alleges that the Michigan Department of Corrections has better resources to allow Porter to prepare legal work. [ECF No. 226, PageID.1889]. Because the Court has granted Porter's request to be sent back to Michigan State custody, Porter's ex parte motion to possess a laptop [ECF No. 227] is moot.

To the extent that Porter requests that his standby counsel, Mr. Scharg, provide him with all hard copy discovery that he has in his possession, Porter's request is DENIED. During the April 27, 2023 hearing before the Court, Mr. Scharg stated on the record that Porter was in possession of all discovery available to Mr. Scharg. [ECF No. 221, PageID.1816]. There is no indication that any new documents have been exchanged since that time. Therefore, Porter's request for new documents is DENIED.

In light of the foregoing,

**IT IS SO ORDERED** that Defendant's Motion to Possess and Store a Laptop is DENIED.

›

**IT IS FURTHER ORDERED** that Defendant's requests that his standby counsel, Mr. Scharg, produce all hard copy discovery that he has in his possession, is DENIED.

s/Denise Page Hood  
Denise Page Hood  
United States District Judge

Dated:  November 1, 2023